```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>EVENT PRODUCTIONS INC., a California corporation<br><br>    Defendant. | NO. C 07 ~~1689 BZ~~  1816 EDL<br><br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE<br> AS MODIFIED |

　　　　IT IS ORDERED that the Case Management Conference in this case originally set for July 3, 2007 be continued to September 11, 2007 at ~~10:00~~ 3:00 p.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: June 27, 2007

_____
Honorable Elizabeth D. Laporte

IT IS SO ORDERED
AS MODIFIED
*[signature]*
Judge Elizabeth D. Laporte

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE       1