```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY INDUSTRY WELFARE AND PENSION TRUST FUNDS; MIKE HARDEMAN, TRUSTEE,<br><br>              Plaintiff,<br><br>     vs.<br><br>EVENT PRODUCTIONS INC., a California corporation<br><br>              Defendant. | NO. C 07 1816 EDL<br><br><u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for September 11, 2007 continued to October ~~16~~ 23, 2007 at ~~3:00 p.m.~~ 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: September 7, 2007                    _____
                                            Honorable Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>          1