| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] Recording requested by and return to: <br> ERSKINE & TULLEY <br> MICHAEL J. CARROLL (ST. BAR #50246) <br> 220 MONTGOMERY ST. #303, SAN FRANCISCO, CA 94104 | (415) 392-5431 | |

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Board of Trustees of the Sign, Pictorial and Display, et al.,

DEFENDANT: Event Productions, Inc., et al.

**WRIT OF**
[X] EXECUTION (Money Judgment)
[ ] POSSESSION OF  [ ] Personal Property  [ ] Real Property
[ ] SALE

CASE NUMBER: 07 1816 SC

FOR COURT USE ONLY

1. **To the Sheriff or any Marshal or Constable of the County of:**
Northern District of California
You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* Board of Trustees of the California Metal Trades, et al.
is the [X] judgment creditor [ ] assignee of record
whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*

Event Productions Inc.
Denis Egan
651 West Tower Avenue
Alameda, CA  94501

[ ] additional judgment debtors on reverse

5. **Judgment entered** on *(date):* 10/17/08
6. [ ] **Judgment renewed** on *(dates):*

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see reverse).*
8. [ ] Joint debtor information on reverse.

[SEAL]

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ........................ $ 33406.51
12. Costs after judgment (per filed order or memo CCP 685.090) ................. $ -0-
13. Subtotal *(add 11 and 12)* .............. $ 33,406.51
14. Credits ............................... $ -0-
15. Subtotal *(subtract 14 from 13)* ........ $ 33,406.51
16. Interest after judgment (per filed affidavit CCP 685.050) .......................... $ -0-
17. Fee for issuance of writ ............... $ -0-
18. **Total** *(add 15, 16, and 17)* ............. $ 33,406.51
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) of .......... $ 6.41
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3, CCP 699.220(b),(j)) .................... $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* 10/24/08    Clerk, by **RICHARD W. WIEKING**, ALFRED AMISTOSO, Deputy

— NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION —

(Continued on reverse)

Form Approved by the
Judicial Council of California
EJ-130 [Rev. July 1, 1996]
JC Forms for HotDocs ™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
*See note on reverse.



ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104-3436