```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SIGN, PICTORIAL AND DISPLAY, et al.<br><br>　　　　　　　Plaintiffs,<br>　vs.<br>EVENT PRODUCTIONS, INC., a a California corporation<br><br>　　　　　　　Defendant. | NO. C 07 1816 SC (BZ)<br><br>ORDER OF EXAMINATION |

To:  Denis Egan, Judgment Debtor
　　　Event Productions Inc.
　　　651 West Tower Avenue
　　　Alameda, CA 94501

　　　You the above named judgment debtor ARE HEREBY ORDERED to appear personally on March 12, 2009 at 10:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA , 94102 Conference Room G, 15th Floor, before the Magistrate Judge Bernard Zimmerman then and there to be examined on oath concerning your property or other matters material to the proceedings.

　　　You are ordered to bring with you the following documents:

　　　1.　The corporation's bylaws, share register and minute book;

ORDER OF EXAMINATION　　　　　　　　　　　　1

1     2. Title documents to all equipment and vehicles of debtor;

2     3. All lists and schedules of rented, leased and owned equipment of debtor;

4     4. Copies of all real property and personal property leases wherein debtor is a party;

6     5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

9     6. Annual Financial Statements for 2008 and all monthly financial statements for the same period;

11     7. Federal tax returns for the last three years;

12     8. All bank statements, deposit slips and canceled checks for all accounts for 2008;

14     9. The last tax return filed with the Franchise Tax Board;

15     10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from July 1, 2008 to date;

18     11. All accounts receivable lists generated by the Company for 2008;

20     12. Cash Disbursement Journals for 2008;

21     13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

24     14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

27     15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

1  |  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2  |  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3  |  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4  |  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5  |  JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: 20 Jan 09

_____
Magistrate Judge Bernard Zimmerman

ORDER OF EXAMINATION                                    3