```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5

 6

 7                  UNITED STATES DISTRICT COURT

 8                 NORTHERN DISTRICT OF CALIFORNIA

 9

10  BOARD OF TRUSTEES OF THE SIGN,  )   NO. C 07 1816 SC (BZ)
    PICTORIAL AND DISPLAY, et al.   )
11                                  )
                                    )
12                  Plaintiffs,     )   ORDER OF EXAMINATION
             vs.                    )
13                                  )
    EVENT PRODUCTIONS, INC., a      )
14  a California corporation        )
                                    )
15                                  )
                    Defendant.      )
16  _____)

17  To:  Denis Egan, President and Custodian of
              Records of Judgment Debtor
18       Event Productions Inc.
         651 West Tower Avenue
19       Alameda, CA 94501

20          You the above named president and custodian of records of

21  corporate judgment debtor ARE HEREBY ORDERED to appear personally on

22  May 19, 2009 at 10:00 a.m. at 450 Golden Gate Avenue, San Francisco,

23  CA , 94102 Conference Room G, 15th Floor, before the Magistrate Judge

24  Bernard Zimmerman then and there to be examined on oath concerning

25  your property or other matters material to the proceedings.

26          You are ordered to bring with you the following documents:

27          1.   The corporation's bylaws, share register and minute

28  book;
```

ORDER OF EXAMINATION                    1

     2. Title documents to all equipment and vehicles of debtor;

     3. All lists and schedules of rented, leased and owned equipment of debtor;

     4. Copies of all real property and personal property leases wherein debtor is a party;

     5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

     6. Annual Financial Statements for 2008 and all monthly financial statements for the same period;

     7. Federal tax returns for the last three years;

     8. All bank statements, deposit slips and canceled checks for all accounts for 2008;

     9. The last tax return filed with the Franchise Tax Board;

     10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from July 1, 2008 to date;

     11. All accounts receivable lists generated by the Company for 2008;

     12. Cash Disbursement Journals for 2008;

     13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

     14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

     15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

1   NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE
2   TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3   AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4   REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5   JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: March 6, 2009

_____
Magistrate Judge Bernard Zimmerman

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

ORDER OF EXAMINATION                              3