| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR RECORDER'S USE ONLY |
|---|---|---|
| [x] Recording requested by and return to:<br>ERSKINE & TULLEY<br>MICHAEL J. CARROLL (ST. BAR #50246)<br>220 MONTGOMERY ST. #303, SAN FRANCISCO, CA 94104 | (415) 392-5431 | |
| [X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | |

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 GOLDEN GATE AVENUE
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PLAINTIFF: BOARD OF TRUSTEES OF THE SIGN, et al.

DEFENDANT: EVENT PRODUCTIONS INC., etc.

| WRIT OF | [x] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF [ ] Personal Property<br>[ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C 07 1816 SC<br>FOR COURT USE ONLY |
|---|---|---|

1. **To the Sheriff or any Marshal or Constable of the County of:**
   District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* BOARD OF TRUSTEES OF THE SIGN, et al.
   is the [X] judgment creditor [ ] assignee of record
   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address)*:

   Event Productions, Inc.
   651 West Tower Avenue
   Alameda, CA  94501

   [ ] additional judgment debtors on reverse

5. **Judgment entered** on *(date)*: 10/17/08
6. [ ] **Judgment renewed** on *(dates)*:

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see reverse)*.
8. [ ] Joint debtor information on reverse.
   [SEAL]

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .......................... $  33,406.51
12. Costs after judgment (per filed order or memo CCP 685.090) ................. $  -0-
13. Subtotal *(add 11 and 12)* ............... $  33,406.51
14. Credits ............................... $  -0-
15. Subtotal *(subtract 14 from 13)* .......... $  33,406.51
16. Interest after judgment (per filed affidavit CCP 685.050) ....................... $  -0-
17. Fee for issuance of writ ............... $  -0-
18. **Total** *(add 15, 16, and 17)* .............. $  33,406.51
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) of .......... $  6.41
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3, CCP 699.220(b),(j)) ................
    **RICHARD W. WIEKING**
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date)*: 9/16/09   Clerk, by _____, Deputy

— NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION —

*(Continued on reverse)*

Form Approved by the
Judicial Council of California
EJ-130 [Rev. July 1, 1996]
*JC Forms for HotDocs* ™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
*See note on reverse.